

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-12-00008-CV

---

LOUIS COGNATA, Appellant

V.

DOWN HOLE INJECTION, INC., Appellee

---

On Appeal from the 145th District Court
Nacogdoches County, Texas
Trial Court No. C21,875-2005

---

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

By order dated April 26, 2012, we abated this appeal[1] pending the decision of the Fourteenth Court of Appeals in the companion appeal, cause number 14-06-00976-CV. The Fourteenth Court of Appeals issued its decision June 19, 2012. Cognata's petition for discretionary review of that decision was denied by The Supreme Court of Texas November 30, 2012, and the Fourteenth Court's mandate issued January 18, 2013.

We, therefore, lift the abatement in this appeal and order the clerk to reinstate the appeal on the docket of the Court. Appellant has thirty days from the date of this order to file a brief in this matter. Should appellant fail to file a brief within the time allotted, this appeal will be dismissed for want of prosecution pursuant to Texas Rule of Appellate Procedure 42.3. *See* TEX. R. APP. P. 42.3.

IT IS SO ORDERED.


BY THE COURT

Date: February 25, 2013

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).